IN THE UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings |
| | ) | Under Chapter 7 |
| CD Masters Inc. | ) | |
| | ) | No. 98-41046 KJM |
| | ) | |
| DEBTOR(S) | ) | |

## TRUSTEE'S OBJECTION TO SECURED CLAIM

The undersigned Trustee in the above-captioned case hereby objects to the payment of any dividend on the following claim filed as secured:

| Claimant | Claim # | Amount of Claim |
|---|---|---|
| Chip Falcone<br>66 Rich St<br>Gardner, MA 01440- | 21 | 57.95 |
| Russ Olexa<br>4120 Maybee<br>Orion, MI 48359- | 29 | 975.00 |
| Joe Leonard<br>233 Manchester St<br>Boston, MA 02126- | 32 | 950.00 |
| Binh Nguyen<br>1322 Spillers Ln<br>Houston, TX 77043- | 55 | 270.75 |
| Edward Hudzinski<br>3125 Unters Glen Court<br>Chesapeake, VA 23323- | 77 | 2,211.00 |
| Intes Inc<br>Fred Mikan<br>218 Wilshire Blvd 608<br>Santa Monica, CA 90403- | 104 | 1,138.00 |

| | | |
|---|---|---|
| Landon Lasmith<br>4500 Crystal Lake Dr<br>Greensboro, NC 27410- | 121 | 759.00 |
| Dave Mienne<br>2625 Arbor Dr<br>West Linn, OR 97068- | 139 | 1,152.00 |
| Digant Joshi<br>39 Kentisbury Circle<br>East Brunswick, NJ 08816- | 144 | 1,210.00 |
| Randy Berg<br>600 N Commons Suite 107<br>Aurora, IL 60504- | 151 | 1,874.00 |
| Randy Berg<br>600 N Commons Suite 107<br>Aurora, IL 60504-<br>Reason: Claim #152 is secured and is also a duplicate of Claim #151. | 152 | 1,874.00 |
| Randall Friedrich<br>2309 Cherry St<br>Aberdeen, WA 98520- | 163 | 1,475.00 |
| Mike Matheis<br>21 Adler Circle<br>Mt. Holly, NJ 08060- | 179 | 100.00 |
| Tony Leffredo<br>12643 Sherman Way Unit F<br>No Hollywood, CA 91605- | 182 | 1,584.00 |

for the reason that in the opinion of the undersigned Trustee, said property is of value equal to the amount of said claim;

*WHEREFORE*, the Trustee prays that the said Court enter an Order allowing her objections and finding that said secured property is equal to the amount of the claim; unless the aforesaid claimant files an amended claim showing an unsecured deficiency on liquidated assets; or appears in Court and makes proof of the value of his security.

MICHELLE VIEIRA, TRUSTEE

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In Re: | ) | In Proceedings Under |
| | ) | Chapter 7 |
| CD Masters Inc. | ) | |
| | ) | BK. No. 98-41046 |
| | ) | |
| Debtor(s). | ) | |

**TRUSTEE'S OBJECTION TO CLAIM**

TO THE HONORABLE KENNETH J. MEYERS, BANKRUPTCY JUDGE:

    MICHELLE L. VIEIRA, Trustee of the Estate of the above-named Debtor(s), objects to the allowance of the claim of:

| | | |
|---|---|---|
| Michael Terry | Claim #189 | $1,630.00 |
| Richard Collins | Claim #190 | $828.00 |
| Randall Mims | Claim #191 | $2,799.01 |
| Jerry Rhody | Claim #192 | $693.00 |
| Darcy Shurin | Claim #193 | $800.00 |
| Ann Oyama | Claim #194 | $225.00 |
| Rich Childers | Claim #195 | $180.00 |
| Yong Yan | Claim #196 | $400.00 |
| Stanley Sitts | Claim #197 | $276.95 |
| Tommy Bass | Claim #198 | $210.00 |
| Steve Gutzwiller | Claim #199 | $1,960.75 |
| Waynee Fenton | Claim #200 | $1,725.00 |
| Kevin Mager | Claim #201 | $729.00 |
| Jerry A. Carroll | Claim #202 | $105.00 |
| Wm Chavarriaga | Claim #203 | $1,529.00 |
| Benjamin Leung | Claim #205 | $454.00 |
| Illinois Dept of Employment Security | Claim #206 | $441.05 |
| Robert Spencer | Claim #207 | $1,680.00 |

    Claim #189, #193, #201, #205, #206, and #207 were all tardily filed. Not entitled to a priority; allowing as tardily filed general unsecured.
    Claim #190, #191, #192, #194, #195, #196, #197, #198, #199, #200, #202, #203 were all tardily filed; allowing as tardily filed general unsecured.

    WHEREFORE, MICHELLE L. VIEIRA, said Trustee prays that the above-mentioned claim be disallowed, and that she may have such other and further relief as is just.

DATED: April 7, 2005

                                                                                        Trustee Michelle Vieira

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In Re: | ) | In Proceedings Under |
| | ) | Chapter 7 |
| CD Masters Inc. | ) | |
| | ) | BK. No. 98-41046 |
| | ) | |
| Debtor(s). | ) | |

**TRUSTEE'S OBJECTION TO CLAIM**

TO THE HONORABLE KENNETH J. MEYERS, BANKRUPTCY JUDGE:

MICHELLE L. VIEIRA, Trustee of the Estate of the above-named Debtor(s), objects to the allowance of the claim of:

| | | |
|---|---|---|
| Tiffany M. Chapman | Claim #2 | $672.00 |
| Aki Cladis | Claim #7 | $1,574.03 |
| Brian Conn | Claim #10 | $1,200.00 |
| Shih-Min Lee | Claim #13 | $1,062.50 |
| Joy Panikkacherry | Claim #15 | $1,800.00 |
| Tim Amodeo | Claim #18 | $1,300.00 |
| Michael Farrell | Claim #22 | $50.00 |
| Steve Mabry | Claim #24 | $1,480.00 |
| David Kegarise | Claim #27 | $99.00 |
| Donald Cleland | Claim #28 | $100.00 |
| Richard N. Robbins | Claim #31 | $88.95 |
| Oliver Oldham | Claim #53 | $2,227.00 |
| Randall Davis | Claim #65 | $1,911.00 |

No documentation was provided to the Trustee on any of the above claims.

WHEREFORE, MICHELLE L. VIEIRA, said Trustee prays that the above-mentioned claim be disallowed, and that she may have such other and further relief as is just.

DATED: April 7, 2005

Trustee Michelle Vieira

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In Re: | ) | In Proceedings Under |
| | ) | Chapter 7 |
| CD Masters Inc. | ) | |
| | ) | BK. No. 98-41046 |
| | ) | |
| Debtor(s). | ) | |

## TRUSTEE'S OBJECTION TO CLAIM

TO THE HONORABLE KENNETH J. MEYERS, BANKRUPTCY JUDGE:

    MICHELLE L. VIEIRA, Trustee of the Estate of the above-named Debtor(s), objects to the allowance of the claim of:

| | | |
|---|---|---|
| American Express Travel<br>Related Services<br>20022 N. 31st Ave.<br>Phoenix, AZ 85027 | Claim #6<br>Claim #113 | $188,172.00<br>$106,535.38 |
| Fred Debros<br>15 Hancock St.<br>Boston, MA 02114-4102 | Claim #123 | $539.00 |
| Cynthia Lenz<br>8916 Palmetto Rd<br>P.O. Box 744<br>Edistois, SC 29438 | Claim #20 | $0.00 |
| James Mathis<br>3550 Graymoor Dr.<br>Marietta, GA 30008 | Claim #68 | $0.00 |
| BC Martello<br>7857 W. 165th Place<br>Tinley Park, IL 60477 | Claim #93 | $0.00 |
| Mariselle Thillet<br>533 Artico St. Urb Puerto Nuevo<br>P.O. Box 21434<br>San Juan, PR 00931 | Claim #132 | $0.00 |

Claim #6 was amended by Claim #113.
Claim #113 was amended by Claim #204.
Claim #123 is a duplicate of Claim #98
Claim #20, #68, #93, and #132 there is no amount claimed.

WHEREFORE, MICHELLE L. VIEIRA, said Trustee prays that the above-mentioned claim be disallowed, and that she may have such other and further relief as is just.

DATED: April 7, 2005

Trustee Michelle Vieira

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In Re: | ) | In Proceedings Under |
| | ) | Chapter 7 |
| CD Masters Inc. | ) | |
| | ) | BK. No. 98-41046 |
| | ) | |
| Debtor(s). | ) | |

**TRUSTEE'S OBJECTION TO CLAIM**

TO THE HONORABLE KENNETH J. MEYERS, BANKRUPTCY JUDGE:

MICHELLE L. VIEIRA, Trustee of the Estate of the above-named Debtor(s), objects to the allowance of the claim of:

| | | |
|---|---|---|
| Michael Moss | Claim #8 | $429.00 |
| Errol W. Keith | Claim #9 | $452.00 |
| Sidney Pazol | Claim #12 | $220.00 |
| James Clark | Claim #17 | $830.00 |
| Xigen Li | Claim #23 | $331.00 |
| Richard Farber | Claim #25 | $244.00 |
| Oscar Calderon | Claim #26 | $1,379.00 |
| Scotts Stubblefield | Claim #30 | $529.00 |
| Max Robertson | Claim #33 | $4,950.00 |
| Cha Li | Claim #34 | $1,430.00 |
| Dave Johnson | Claim #36 | $617.00 |
| Brian Petty | Claim #37 | $1,204.00 |
| Patrick Keller | Claim #38 | $186.15 |
| Ron Shoemaker | Claim #46 | $1,000.00 |
| Larry Gorman | Claim #52 | $171.33 |
| Jimin Wang | Claim #58 | $1,180.00 |
| Randolph Rolke | Claim #59 | $264.00 |
| Dave Mack | Claim #72 | $1,364.04 |
| Joseph Michael Knaga | Claim #73 | $461.65 |
| James Foxgrover | Claim #79 | $1,257.00 |
| Russell Wainer | Claim #80 | $50.00 |
| Bryan McAffee | Claim #82 | $476.60 |
| Kyle Sancley | Claim #86 | $308.96 |
| Charles Sica | Claim #90 | $1,477.00 |
| F. Paul Wills | Claim #95 | $780.00 |
| Louis Lefrancois | Claim #97 | $872.00 |

| | | |
|---|---|---|
| Ian Ong | Claim #102 | $300.00 |
| Joseph Campbell | Claim #106 | $1,560.00 |
| Donnielle Ward | Claim #112 | $24.95 |
| Peter Bowen | Claim #114 | $1,480.00 |
| Iqrar Bokhari | Claim #119 | $1,255.00 |
| Richard Gebhart | Claim #120 | $1,176.73 |
| Stephanie Thomas | Claim #125 | $189.95 |
| David Brandanger | Claim #131 | $775.70 |
| Lawrence Robins | Claim #134 | $1,479.00 |
| Phisit Jaisathaporn | Claim #135 | $1,008.00 |
| Leslie Giddings | Claim #137 | $1,885.62 |
| Paul Adamcik | Claim #140 | $2,028.00 |
| Douglas Emerich | Claim #142 | $149.95 |
| Thiel Ruperto | Claim #143 | $1,030.00 |
| Saul Peter | Claim #147 | $1,655.00 |
| Winn Joven | Claim #149 | $400.00 |
| Gary Rogers | Claim #154 | $7,819.00 |
| Y. Lu | Claim #155 | $599.00 |
| Rob Evans | Claim #156 | $50.00 |
| Richard Shierant | Claim #159 | $21.98 |
| Kevin Chmiel | Claim #162 | $1,054.00 |
| James O'Boone | Claim #168 | $354.00 |
| Erin Bertin | Claim #169 | $900.00 |
| Venelin Kounev | Claim #175 | $60.00 |
| Tom Dubois | Claim #177 | $1,843.00 |
| Anthony Ruben | Claim #178 | $594.00 |
| Daniel Vidal | Claim #185 | $480.00 |
| Daren Edwards | Claim #187 | $1,254.00 |

None of the above claims are entitled to a priority. No documentation was provided to the Trustee on any of the above claims.

WHEREFORE, MICHELLE L. VIEIRA, said Trustee prays that the above-mentioned claim be disallowed, and that she may have such other and further relief as is just.

DATED: April 7, 2005

Trustee Michelle Vieira