## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | In Proceedings Under Chapter 7 |
| CD Masters Inc | BK 98–41046 |
| Debtor(s) | |
| SSN/FIN:   36–4187599 | |

## APPOINTMENT OF SUCCESSOR TRUSTEE

    This notice is given pursuant to 11 U.S.C. §703 for the appointment of a trustee (pending election of the successor trustee), as a result of the resignation of Michelle Vieira, the duly qualified and acting trustee of this estate; notice is given that the United States Trustee has appointed

>Dana S Frazier
>Chapter 7 Trustee
>PO Box 159
>Murphysboro, IL 62966
>(618) 687–5707

as the successor trustee in this case.

    Absent a written request to the United States Trustee, within twenty days of this notice, for an election of a trustee pursuant to 11 U.S.C. §702, Dana S Frazier will serve as the permanent trustee in this case.  The address for notice to the United States Trustee for this district is:

>United States Trustee, Region X
>Becker Building, Room 1100
>401 Main
>Peoria, IL 61602

DATED: August 12, 2005

**WAYNE A. BANNERT**
CLERK OF THE BANKRUPTCY COURT

**BAE SYSTEMS**
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234


Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0754-4               User: nm                   Page 1 of 3               Date Rcvd: Aug 12, 2005
Case: 98-41046                     Form ID: 175               Total Served: 211
```

The following entities were served by first class mail on Aug 14, 2005.

```
 db        +CD Masters Inc,    100 N Glenview Dr Ste 204,    Carbondale, IL 62901-2275
 aty       +Carr Korein Tillery Kunin Montroy Glass,    412 Missouri Ave,    E St Louis, IL 62201-3016
 tr        +Dana S Frazier,    Chapter 7 Trustee,    PO Box 159,    Murphysboro, IL 62966-0159
 tr        +Michelle Vieira,    Chapter 7 Trustee,    PO Box 789,    Carbondale, IL 62903-0789
 ust       +U.S. Trustee,    Becker Bldg.,    401 Main, Room 1100,    Peoria, IL 61602-1241
727530     +2000 Media Inc,    20476 Carrey Rd Bldg C Ste 3,    Walnut CA 91789-2416
721496     +Advanta Bankcorp,    Phillips and Cohen Assoc.,    590 S Lenola Rd Ste 3-167,
             Maple Shade, NJ 08052-1602
696757     +Aki Cladis,    11008 S 76th Ave,    Palos Hills IL 60465-2328
710244     +Alain Antoine,    1311 Don Diego Ave,    Santa Fe NM 87505-4117
699512     +AmerenCIPS,    PO Box 680,    Pawnee IL 62558-0680
692872     +American Credit Indemnity,    Assignee of Lasertech,    Computer Distributor,    100 E Pratt St 5th Fl,
             Baltimore MD 21202-1009
713762     +American Express Travel,    Related Services Co,    20022 N 31st Ave,    Phoenix, AZ 85027-3900
692875     +American Express Travel,    Related Services,    20022 N 31st Ave,    Phoenix AZ 85027-3900
706112     +Andy Barkl,    1402 W Villa Maria Dr,    Phoenix AZ 85023-1448
728579     +Ann Oyama,    259 St Paul St,    Brookline MA 02446-7104
719598     +Anthony Ezell,    409 E Baldwin St,    Meridian ID 83642-4425
727521     +Anthony Ruben,    504 Springcreek Dr,    Longwood, FL 32779-3353
699890     +Anthony Wiemelt,    The Wistar Institute,    3601 Spruce Rm 451,    Philadelphia PA 19104-4265
677499     +Asia Source,    1226 N Michael Dr,    Wooddale, IL 60191-1005
708009     +BC Martello,    7857 W 165th Place,    Tinley Park IL 60477-2477
692873     +Bell Microproducts,    American Credit Indemnity,    100 E Pratt St 5th Floor,
             Baltimore MD 21202-1009
769789     +Benjamin Leung,    6076 Olinger Blvd,    Edina MN 55436-1962
701295     +Binh Nguyen,    1322 Spillers Ln,    Houston TX 77043-4136
701676     +Bobby Britton,    2311A Smith Ave,    Pensacola FL 32507-1049
720297     +Boris Slavin,    381 Garibaldi Ave Apt 9,    Lodi NJ 07644-3737
712909     +Brandon Roberts,    610 W Edwards,    Springfield IL 62704-1922
697087     +Brian Conn,    16 Laurel Dr,    Oakdale CT 06370-1726
699514     +Brian Petty,    2930 W Walton,    Spokane WA 99205-1668
704470     +Bryan McAffee,    2009 Gray Dr,    Carbondale, IL 62901-2014
727513      Carl Solley,    PO Box 337,    Silverado, CA  92676-0337
701678     +Carlos Valladares,    5358 Eastern Ave,    Las Vegas NV 89119-2317
698942     +Cha Li,    51 Creek Road #302,    Poughkeepsie NY 12601-1546
707461     +Charles Sica,    3171 Jamaica Blvd S,    Lake Havasu City AZ 86406-6113
704473     +Chicago Sky Hawk,    2971 Old Higgins Rd,    Elk Grove Village IL 60007-6507
716074     +Chien-Chun Lu,    13517 Albania Way,    Austin, TX 78729-8048
697904     +Chip Falcone,    66 Rich St,    Gardner MA 01440-2714
727524     +Chris Bonhorst,    3660 3rd St #T5,    Tucson, AZ 85716-4604
722311     +Chris Jumbo,    13408 E 40th Place,    Tulsa OK 74134-5420
712910      Conrad Abrahamsen,    1542 Kelly Ct,    Dallas GA 30132
701677     +Curtis Stauff,    615 4th Ave SE,    Stewartville MN 55976-1409
697903     +Cynthia Lenz,    8916 Palmetto Rd,    PO Box 744,    Edistois SC 29438-0744
727512     +Dallas Eckholm,    5512 Flatrock Dr,    Bismarck, ND 58503-8925
723555     +Dan Imming,    199 E Maple St,    Aviston IL 62216-3573
710242     +Dan Withers,    10842 Dora Ct,    Wichita KS 67209-1263
697815     +Daniel Golder,    3090 Birchwood Dr,    Ann Arbor, MI 48105-9241
727528     +Daniel Vidal,    104 Travis Ave,    Travis AFB, CA 94535-1608
728474     +Darcy Shurin,    9012 NE 117th Pl,    Kirkland, WA 98034-6120
727546     +Daren Edwards,    5635 E Bell Rd #1072,    Scottsdale, AZ 85254-6426
699513      Dave Johnson,    3125 SE 110th Ave,    Portland OR  97266-1819
702451     +Dave Mack,    PO Box 3377,    Carbondale, IL 62902-3377
720686     +Dave Mienne,    2625 Arbor Dr,    West Linn OR 97068-1101
704471     +Dave Muhovich,    1153 Jessie,    St Paul MN 55101-3608
718314     +David Brandanger,    4600 W 77th St Suite 240,    Edina, MN 55435-4900
698771     +David Kegarise,    6673 Northumberland St,    Pittsburgh PA 15217-1312
701226     +Dee Myers,    114 E Record,    PO Box 527,    Halfway OR 97834-0527
697902     +Diane Martin,    7349 S 900 East,    Midvale UT 84047-2305
721078     +Digant Joshi,    39 Kentisbury Circle,    East Brunswick, NJ 08816-5238
712937     +Don Wright,    4245 W Jolly #46,    Lansing MI 48911-3055
706172     +Donald Baker,    707 W Pine St,    Mt. Holly Spgs, PA 17065-1119
698823      Donald Cleland,    106 S Sycamore,    PO Box 864,    Fletcher OK  73541-0864
713509     +Donnielle Ward,    898 Elkhart St,    Aurora, CO 80011-7006
720690     +Douglas Emerich,    34 Coventry,    Tuscaloosa Al 35404-5902
714227     +Douglas Haldane,    2433 Schooner Dr,    Plano TX 75074-2849
701672     +Drew Moore,    716A E Ash St,    Goldsboro NC 27530-3849
703013      Edward Hudzinski,    3125 Unters Glen Court,    Chesapeake VA  23323
692874     +Encore Electronics Inc,    American Credit Indemnity,    100 E Pratt St 5th Fl,
             Baltimore MD 21202-1009
697088     +Eric Mueller MD,    202 Hassett Box 429,    Tripp SD 57376-0429
727511     +Erin Bertin,    8884 Park Lane NO 121,    Dallas TX 75231-5543
697071     +Errol W. Keith,    31275 Northwestern Hwy Suite 121,    Farmington Hills MI 48334-2578
708193     +F. Paul Wills,    1980 Harbor Island Dr,    Orange Park FL 32003-7257
702448     +Federal Express Corp,    2650 Thousand Oaks Blvd Ste 1180,    Memphis TN 38118-2449
720689     +Franziska Tinner,    52 Edgehill Cove,    Maumelle AR 72113-6227
710241      Fred Debros,    15 Hancock St,    Boston MA  02114-4102
727508      Gale Robinson,    90 Cliffcreek Trace,    Atlanta, GA 30350-2701
723985     +Gary Rogers,    CMR 420 Box 2284,    Apo AE 09063-2284
699893     +Gerald Fahl II,    444 Broadway,    Menomonie WI 54751-1826
710243     +Gordon Taylor,    747 Sorrento Inlet,    Nokomis Fl 34275-1431
699517     +Grady Worley,    122 Woodland Dr,    PO Box 214,    Mars Hill NC 28754-0214
707470     +Graham Dodd,    PSC 1 Box 4639,    APO AE 09009-4600
```

```
District/off: 0754-4           User: nm                     Page 2 of 3                   Date Rcvd: Aug 12, 2005
Case: 98-41046                 Form ID: 175                 Total Served: 211

710720     +Harold McCoy,    221 S Locust Ave,    Fayetteville AR 72701-5939
727514     +Henry Yei,    1150 Pomegranate Ct,    Sunnyvale CA 94087-2311
710677     +Ian Ong,    2023 Grandview Lane,    West Covina, CA 91792-1320
772745     +Illinois Dept of Employment Security,     Bankruptcy Unit Room 311A,    401 S State St.,
             Chicago, IL 60605-1229
710679     +Intes Inc,    Fred Mikan,    218 Wilshire Blvd 608,    Santa Monica CA 90401-1202
714855     +Iqrar Bokhari,    9422 Oliphant Ave,    Morton Grove, IL 60053-1048
697818     +James Clark,    453 Weedman Loop,    Cromwell KY 42333-9764
703663     +James Foxgrover,    12 Bobcat Dr,    Pawleys Island SC 29585-7529
702447     +James Mathis,    3550 Graymoor Dr,    Marietta GA 30008-5733
727510     +James O'Boone,    4609 N 19th St,    Arlington, VA 22207-2045
712911     +James Turner,    3518 Perry Ave,    Kensington MD 20895-2114
727506     +Jeff Beeson,    2619 Helena Ave,    Nederland, TX 77627-5809
737841     +Jerry A. Carroll,    3005E Myrtle St,    Dover DE 19901-5912
727826     +Jerry Rhody,    3952 Mount Pleasant Dr,    Tucson, AZ 85749-9479
726008     +Jim Hoepner,    121 Cleveland St,    Rollingstone, MN 55969-9765
701673      Jimin Wang,    19803 Ridgemont,    St Clair Shores MI 48080-3327
698827     +Joe Leonard,    233 Manchester St,    Boston MA 02126-2825
701671     +John Narox,    42 W Ruby Ave,    Palisades Park NJ 07650-1009
723984     +John Spencer,    5250 S Huron Way 10 206,    Littleton CO 80120-1480
711573     +Joseph Campbell,    6706 Mike Dr,    Fort Worth, TX 76180-8522
702452     +Joseph Michael Knaga,    1008 Norwest Dr,    Carbondale IL 62901-5331
699518     +Joseph Pond,    PSC 3 Box 1466,    APO AP, CA 96266-0014
697816     +Joy Panikkacherry,    3241 Sugarbush Dr,    Carrollton TX 75007-2928
699519     +Kelly Jacobs,    PO Box 2925 Billing 70502,    146 John W,    LaFayette LA 70501-2802
727507     +Kelly Moores,    2573 Claybank Rd Suite 4,    Fairfield, CA 94533-1601
699889     +Ken Beyer,    32 Highland Dr,    Jackson NJ 08527-1213
727509      Kenneth Bodell,    1792 Walnut St,    Lauderdale, MN  55113-5244
727517     +Kenneth Chang,    2705 Westmoreland Dr,    Plano, TX 75093-3114
726010     +Kevin Chmiel,    14018 Shirley St,    Omaha, NE 68144-1025
736213      Kevin Mager,    H&S Bn Svc Co MAT2,    MCRD Parris Island SC 29905
701681     +Kevin Monagle,    11 Vista Road,    Wellesley MA 02481-6722
705119     +Kyle Sancley,    7297 Nautica Way,    Lake Worth FL 33467-7665
706111      L. Anthony Brown III,    434 S 50th St,    Philadelphia PA 19143-1645
715349     +Landon Lasmith,    4500 Crystal Lake Dr,    Greensboro NC 27410-9349
701228     +Larry Gorman,    150 1/2 Austin Ave,    Carpentersville IL 60110-1506
719599     +Lawrence Robins,    4466 Woodford Pass NE,    Roswell GA 30075-5734
720298      Leslie Giddings,    12711 SW 66th Terrace Dr,    Miami FL 33183-1347
724754      Li Xia,    311 G Wadsack Dr,    Norman OK  73072-7226
714192     +Liane Schirmer,    1615 N Laurel Ave #204,    Los Angeles, CA 90046-2524
708010     +Lincoln S. Hay,    4411 Bee Ridge Rd #401,    Sarasota FL 34233-2514
701682     +Loren Hart,    740 S Chester Rd Ste P,    First Floor,    Swarthmore PA 19081-2226
710035     +Louis Lefrancois,    3286 Blue Ridge Circle Apt 25,    Stockton CA 95219-3588
727523     +Loyd Chesser,    701 Gulf Aire Dr,    Port St. Joe, FL 32456-6130
718368     +Mariselle Thillet,    533 Artico St. Urb Puerto Nuevo,    PO Box 21434,    San Juan, PR 00931-1434
716075     +Mark Hyde,    2688 Mark Lane,    West Linn, OR 97068-2414
703015     +Marvin Blake,    1020 Northfield Circle,    Dothan AL 36303-2810
698828     +Max Robertson,    2010 Brambleton Ave,    Roanoke VA 24015-3712
697905     +Michael Farrell,    5459 S Natchez,    Chicago IL 60638-2515
697070     +Michael Moss,    2933 N 2nd St,    Minneapolis MN 55411-1605
699516     +Michael Peters,    34 Pine Tree Dr,    Columbia PA 17512-9684
714193     +Michael T. Hosang,    1921 A Butner St,    Ft Eustis, VA 23604-1401
727821     +Michael Terry,    5320 Pheasant Run Rd,    Clarkston, MI 48346-3950
727522     +Mike Matheis,    21 Adler Circle,    Mt. Holly, NJ 08048-4501
718313     +Mike Rossi,    4422 S 2750 West,    Roy, UT 84067-8954
699894     +Navin Shah,    5621 Southland Dr,    Stone Mountain GA 30087-5272
701229     +Oliver Oldham,    510 S Kegley Rd,    Temple TX 76502-7431
698770     +Oscar Calderon,    7 Shady Tree Lane,    Colts Neck, NJ 07722-2401
727558     +Patrick J. Boyle,    Gunn and Gunn,    PO Box 419002,    St. Louis, MO 63141-9002
699515     +Patrick Keller,    2929 Devoshire Ct,    Waukesha WI 53188-1368
720687     +Paul Adamcik,    216 Curley Ct,    Paramus NJ 07652-1632
714191      Peter Bowen,    1402 Kennedy Plaza,    Utica NY 13502
720296     +Phisit Jaisathaporn,    411 Webster St Apt 303,    Bethlehem PA 18015-8702
716076     +Ram Pandiri,    9504 Ketona Cove,    Austin, TX 78759-6260
701680     +Randall Davis,    1823 Spruce St,    Livermore CA 94551-1958
727505     +Randall Friedrich,    2309 Cherry St,    Aberdeen WA 98520-3216
727824     +Randall Mims,    PO Box 20226,    Tallahassee, FL 32316-0226
701674     +Randolph Rolke,    521 N Loope E,    Houston TX 77017-4220
723598     +Randy Berg,    600 N Commons Suite 107,    Aurora, IL 60504-4155
856894     +Randy Berg,    33 Primrose Lane,    Oswego IL 60543-7917
720685     +Ray Luckenbaugh,    809 Bowers Ridge Rd,    Manchester PA 17345-9227
716070     +Ray Ye,    18211 Kelly Blvd #1526,    Dallas TX 75287-4643
702605     +Raymond Karasinski,    7 Rowell Lane,    Wappingers Falls NY 12590-4709
727527     +Regina Williams,    12 N 20th St,    East Orange, NJ 07017-4806
712938     +Rene Mendoza,    5612 Trego St,    The Colony TX 75056-1419
728580     +Rich Childers,    12773 95th Ave N,    Maple Grove MN 55369-7118
727823     +Richard Collins,    2006 Airline #413,    Corpus Christi TX 78412-4684
697940     +Richard Farber,    30-10 Norwood Dr,    Fair Lawn NJ 07410-4112
715348      Richard Gebhart,    7114 N Chase,    Portland OR  97217-5804
698826     +Richard N. Robbins,    12 Wihbey Dr,    Prospect CT 06712-1466
726007     +Richard Shierant,    1702 Virginia Lane,    Kulpmont, PA 17834-1950
724193      Rob Evans,    4821 N 65th St,    Milwaukee, WI 53218-4027
697817     +Robert Lewis,    1 Harbison Way Suite 103,    Columbia, SC 29212-3406
703665     +Robert Rapier,    3400 Meadow Lane,    Bay City TX 77414-7336
```

```
District/off: 0754-4           User: nm                Page 3 of 3             Date Rcvd: Aug 12, 2005
Case: 98-41046                 Form ID: 175            Total Served: 211

878776     Robert Spencer,    Project OLR Unit 15231,    APO AP 96271
701230    +Robert Thomas,    107 College Station Rd D-105,    Athens GA 30605-2656
701679    +Rodney Chiu,    95 Longview Dr,    Daly City CA 94015-4717
708620    +Rodney Moles,    5618 S Natchez,    Chicago, IL 60638-3433
708008     Roger Gloetzner,    43 Hydrangea Rd,    Levittown PA 19056-1330
726009    +Roger Haslick,    960 W Ann Arbor Trail Ste 4,    Plymouth MI 48170-1592
710678    +Roger Oetjen,    6258 Savannah Ave,    Cincinnati OH 45224-1914
699892    +Ron Shoemaker,    145 D Magrath,    Ft Benning GA 31905-7760
702450     Ronald Hack,    PO Box 55495,    North Pole AK  99705-0495
698824    +Russ Olexa,    4120 Maybee,    Orion, MI 48359-1422
703664    +Russell Wainer,    3517 Nichols Dr S,    LakeLand FL 33813-4078
716072    +Ruth Hawking,    30 Anne Bonny Circle,    Nokomis, FL 34275-2250
725444    +SUN LIU,    18 Dorado Terrace No 19,    San Francisco CA 94112-1767
722313    +Saul Peter,    216 Hillstone Dr,    Raleigh, NC 27615-4910
702606     Savvas Xanthos,    41-17/30th Ave #3 Astoria,    Astoria NY  11103
698825    +Scotts Stubblefield,    6021 State Hwy 361,    Port Aransas TX 78373-4854
717677    +Shenggao Li,    622 Harley Dr Apt 4,    Columbus, OH 43202-3820
697301    +Shih-Min Lee,    1202 E Mulberry Ave No 123,    San Antonio TX 78209-7112
697300     Sidney Pazol,    21 N Wickliffe Cir,    Youngstown OH  44515-2923
722881    +Silvu Ceuta,    24947 Muir St,    Hayward CA 94544-2308
728794    +Stanley Sitts,    2435 Char Crt,    McFarland WI 53558-9762
716073    +Stephanie Thomas,    1125 3rd St #110,    Santa Monica, CA 90403-5094
728796    +Steve Gutzwiller,    3803 La Miranda Place,    Pittsburg CA 94565-5753
697939    +Steve Mabry,    800 Kirnwood,    Desoto TX 75115-2000
699891    +Steve Rodgers,    3750 Old Hwy 9,    Cedar Bluff AL 35959-5205
704472    +Steven Glenn,    8014 W Latter Rd,    Empire MI 49630-9413
727526    +Steven Mittanck,    16807 Springfield Ct,    Sugarland TX 77478-7154
727519    +Susan Sharp,    736 Locust St,    Collegeville, PA 19426-2544
692870    +Tech Data Corporation,    5301 Tech Data Dr,    Clearwater, FL 33760-3123
721077    +Thiel Ruperto,    1113 Bayswater Ave,    Burlingame, CA 94010-4304
692871    +Tiffany M. Chapman,    800 E Grand Ave Apt 25B,    Carbondale, IL 62901-3505
697855    +Tim Amodeo,    21 Yucca Circle,    Alamogordo NM 88310-9485
727520    +Tom Dubois,    602 20th St,    San Francisco, CA 94107-3117
701675     Tom Lomsak,    2103D Ave West,    Keewatin MN  55753
728795     Tommy Bass,    210 Sweet Wood Circle,    Cola SC 29212-2318
727516    +Toni A. Apple,    291 Poco Ct,    Rio Rico, AZ 85648-3614
727525    +Tony Leffredo,    12643 Sherman Way Unit F,    No Hollywood, CA 91605-5272
714230     USF Holland Inc,    PO Box 9021,    Holland MI  49422-9021
727518    +Venelin Kounev,    2120 University Ave Apt 318,    Madison, WI 53726-2346
731842     Waynee Fenton,    6910NW 42nd St MNI 1007,    Miami FL 33166
702449     Wilbur Zelk,    189 Zelk Lane,    Mountain Home AR  72653-6406
702453    +William Mays,    6967 Miramar Circle,    Fort Worth TX 76126-2350
700140    +William Waggener,    1103 Parade Ave,    Kissimmee FL 34744-3522
722882    +Winn Joven,    94-725 Meheula Parkway #4C,    Mililllani HI 96789-4015
739987    +Wm Chavarriaga,    8364 NW 68th St,    Miami FL 33166-2655
701227    +Xiaozhou Zhu,    817 Allerton St,    Kent OH 44240-4585
697938    +Xigen Li,    917 a Cherry Lane,    East Lansing MI 48823-5518
724192    +Y. Lu,    2503 Jackson Keller #911,    San Antonio, TX 78230-5253
728581    +Yong Yan,    55-2108 River Dr South,    Jersey City NJ 07310-1721

The following entities were served by electronic transmission.
NONE.                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
716071*    Fred Debros,    15 Hancock St,    Boston, MA  02114-4102
                                                                                         TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 14, 2005**                **Signature:**    _Joseph Speetjens_